## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-350 _____

**Caption [use short title]** _____

**Motion for:** Expedited Handling _____

_____

_____

Set forth below precise, complete statement of relief sought:

A request to be placed on the expedited handling calendar. _____

_____

_____

_____

_____

Robert Guthrie v. Rainbow Fencing Inc et al

**MOVING PARTY:** Appellant and Appellate _____

**OPPOSING PARTY:** None on this motion _____

[✔] Plaintiff          [ ] Defendant

[ ] Appellant/Petitioner     [ ] Appellee/Respondent

**MOVING ATTORNEY:** Abdul K. Hassan, Esq. _____

**OPPOSING ATTORNEY:** None on this motion _____

[name of attorney, with firm, address, phone number and e-mail]

Abdul Hassan Law Group, PLLC

215-28 Hillside Avenue

Queens Village, NY 11427

Contact information of Appellees can be found on the ECF docket

Appellees are currently in default.

**Court- Judge/ Agency appealed from:** US District Court, EDNY - Judge Kiyo A. Matsumoto _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✔] No (explain): No appearance/default

_____

Opposing counsel's position on motion:
[✔] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✔] Don't Know

Is oral argument on motion requested? [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✔] No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [✔] No

Has this relief been previously sought in this court? [ ] Yes [✔] No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

**Signature of Moving Attorney:**

_Abdul Hassan_ _____ **Date:** 10/31/2023

Service by: [✔] CM/ECF [ ] Other [Attach proof of service]

**Form T-1080** (rev.12-13)

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                        Tel: 718-740-1000
Email: abdul@abdulhassan.com                                     Fax: 718-740-2000
*Employment and Labor Lawyer*                               Web: www.abdulhassan.com

**October 31, 2023**

**Via ECF**

Hon. Clerk of Court
U.S. Court of Appeals, Second Circuit
40 Foley Square
New York, NY 10007

<div align="center">

**Re: Guthrie v. Rainbow Fencing Inc**
**2d Cir. Case #: 23-350**
**Motion to Expedite**

</div>

Dear Clerk of Court:

     My firm represents Plaintiff-Appellant, Robert Guthrie, in the above-referenced case. Because the lower Court's dismissal order was based "solely" on "lack of subject matter jurisdiction," it is respectfully requested that this Honorable Court expedite the handling of this appeal pursuant to Second Circuit Rule 31.2(b)(1)(A). Notably, the docket contains a suggested oral argument date for the week of October 16, 2023, and another proposed Oral Argument date for the week of January 8, 2024. The Defendants are in default and this appeal, which was perfected on May 3, 2023, is unopposed.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan_____
Abdul K. Hassan, Esq.
*Counsel for Plaintiff-Appellant*